# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE WORTHAM,<br><br>        Plaintiff,<br><br>   v.<br><br>TEXAS ROADHOUSE, INC., a Delaware Corporation, and DOES 1 to 50, inclusive,<br><br>        Defendants.<br>_____/ | Case No. 1:14-cv-00778---SKO<br><br>**ORDER REMANDING ACTION PURSUANT TO THE PARTIES' STIPULATION** |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. This action is remanded to the Superior Court for the County of Fresno, Case No. 14CECG00625;

2. The Clerk of the Court shall serve a copy of this order on the Clerk for the Fresno County Superior Court; and

3. This case shall be administratively closed.

IT IS SO ORDERED.

Dated: **June 30, 2014**                    **/s/ Sheila K. Oberto**
                                                             UNITED STATES MAGISTRATE JUDGE